Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*King Spider LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC,<br><br>*Plaintiff*<br><br>v.<br><br>PUTIAN CHENGXIANG CEJINSHENG DEPARTMENT STORE d/b/a OFFICIALSP5DERHOODIE.STORE d/b/a SHOPSP5DER.COM d/b/a SP5DER.COM d/b/a SP5DER.LTD d/b/a SP5DERHOODIE.SHOP d/b/a SP5DERHOODIE.US d/b/a SP5DERNY.STORE d/b/a SPIDERWORLDWIDE.LTD d/b/a SPIDERWORLDWIDES.COM d/b/a WORLDWIDEOFFICIAL.CO, OFFICIALSP5DERHOODIE.STORE, SHOPSP5DER.COM, SP5DER.COM, SP5DER.LTD, SP5DERHOODIE.SHOP, SP5DERHOODIE.US, SP5DERNY.STORE, SPIDERWORLDWIDE.LTD, SPIDERWORLDWIDES.COM and WORLDWIDEOFFICIAL.CO,<br><br>*Defendants* | **23-cv-8782** (**JGLC**)<br><br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 24 day of October, 2023.
New York, New York

*Jessica Clarke*
_____
HON. JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE