UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC,<br><br>                                  Plaintiff,<br><br>               -against-<br><br>PUTIAN CHENGXIANG CEJINSHENG DEPARTMENT STORE d/b/a OFFICIALSP5DERHOODIE.STORE d/b/a SHOPSP5DER.COM d/b/a SP5DER.COM d/b/a SP5DER.LTD d/b/a SP5DERHOODIE.SHOP d/b/a SP5DERHOODIE.US d/b/a SP5DERNY.STORE d/b/a SPIDERWORLDWIDE.LTD d/b/a SPIDERWORLDWIDES.COM d/b/a WORLDWIDEOFFICIAL.CO, OFFICIALSP5DERHOODIE.STORE, SHOPSP5DER.COM, SP5DER.COM, SP5DER.LTD, SP5DERHOODIE.SHOP, SP5DERHOODIE.US, SP5DERNY.STORE, SPIDERWORLDWIDE.LTD, SPIDERWORLDWIDES.COM and WORLDWIDEOFFICIAL.CO,<br><br>                                  Defendants. | 23-CV-8782 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       As discussed during the Court's hearing on October 24, 2023, any motions for default judgment are due January 22, 2024.

Dated: October 24, 2023
       New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge