UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIRE LLC,<br><br>                     Plaintiff,<br><br>         -against-<br><br>PUTIAN CHENGXIANG CEJINSHENG<br>DEPARTMENT STORE, et al.,<br><br>                     Defendants. | 23-CV-8782 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 25, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  April 2, 2025
         New York, New York

                                                      SO ORDERED.

                                                      JESSICA G. L. CLARKE
                                                      United States District Judge