UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING SPIDER LLC,

                                    Plaintiff,

        -v-

                                                    CIVIL ACTION NO. 23 Civ. 8782 (JGLC) (SLC)

OFFICIALSP5DERHOODIE.STORE, et al.,

                                                    **ORDER**

                                    Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On April 25, 2025, Plaintiff King Spider LLC ("Plaintiff") filed a motion for default

judgment and permanent injunction against Defaulting Defendants.[1]  (Dkt. No. 49–52 (the

"Motion")).  On August 5, 2025, the Honorable Jessica G. L. Clarke ordered Defaulting

Defendants to respond by August 19, 2025 as to why an order should not be issued granting

a default judgment against them.  (Dkt. No. 54 (the "OTSC")).  On October 16, 2025,

---

[1]  The Defaulting Defendants are Putian Chengxiang Cejinsheng Department Store d/b/a officialsp5derhoodie.store d/b/a shopsp5der.com d/b/a sp5der.com d/b/a sp5der.ltd d/b/a sp5derhoodie.shop d/b/a sp5derhoodie.us d/b/a sp5derny.store d/b/a sp5dershop.net d/b/a spiderworldwide.ltd d/b/a spiderworldwides.com d/b/a superhoodieofficial.com d/b/a worldwideofficial.co d/b/a sp5der-hoodie.com d/b/a sp5drclothings.com d/b/a superhoodie.net d/b/a sp5derhood.net d/b/a spiderofficials.com d/b/a sp5derhoodie.club d/b/a thesp5derhoodie.us d/b/a sp5derhoodieshop.com d/b/a superhoodiestore.com d/b/a sp5derclothinges.com d/b/a sp5derclothe.com d/b/a spider555clothing.com d/b/a deezdemboys.myshopify.com d/b/a sp5derhoodieshop.ltd d/b/a officialsp5der.store d/b/a sp5dr.com d/b/a sp5derhood.com d/b/a sp5derhoodiesshop.com d/b/a sp5derworldwides.com d/b/a officialsp5derhoodie.shop d/b/a ssp5der.com d/b/a sp5der555555.com, officialsp5derhoodie.store, shopsp5der.com, sp5der.com, sp5der.ltd, sp5derhoodie.shop, sp5derhoodie.us, sp5derny.store, sp5dershop.net, spiderworldwide.ltd, spiderworldwides.com, superhoodieofficial.com, worldwideofficial.co, sp5der-hoodie.com, sp5drclothings.com, superhoodie.net, sp5derhood.net, spiderofficials.com, sp5derhoodie.club, thesp5derhoodie.us, sp5derhoodieshop.com, superhoodiestore.com, sp5derclothinges.com, sp5derclothe.com, spider555clothing.com, deezdemboys.myshopify.com, sp5derhoodieshop.ltd, officialsp5der.store, sp5dr.com, sp5derhood.com, sp5derhoodiesshop.com, sp5derworldwides.com, officialsp5derhoodie.shop, ssp5der.com and sp5der555555.com.  (Dkt. No. 49).

Defaulting Defendants having not responded to the OTSC, Judge Clarke ordered that a default judgment should be entered against Defaulting Defendants.  (Dkt. No. 56).  On June 30, 2026, Judge Clarke referred this action to the undersigned for an inquest after default/damages hearing.  (Dkt. No. 57).  Accordingly, it is **ORDERED** that:

1. Plaintiff has submitted a memorandum of law, a supporting affidavit, and exhibits in support of its Motion.  (Dkt. No. 49–52 (the "Damages Submission")).

2. Plaintiff has served the Damages Submission and the OTSC on Defaulting Defendants via email pursuant to the method of alternative service authorized by the Temporary Restraining Order dated October 25, 2023 (Dkt. No. 16), the first Preliminary Injunction Order dated October 26, 2023 (Dkt. No. 8), and the second Preliminary Injunction Order dated October 4, 2024 (Dkt. No. 42). (See Dkt. Nos. 53; 55).

3. Defaulting Defendants shall submit their response to Plaintiff's Damages Submission, if any, no later than **July 22, 2026**.  IF DEFAULTING DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT MY CHAMBERS BY **JULY 22, 2026** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING.  See Transatlantic Marine Claims Agency, Inc. v.

Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not

necessary for the District Court to hold a hearing, as long as it ensured

that there was a basis for the damages specified in a default

judgment.'") (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d

38, 40 (2d Cir. 1989)).

Plaintiff is directed to serve this Order on Defaulting Defendants and file proof of service

no later than **July 8, 2026.**

Dated:        New York, New York
              July 1, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge

3